## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **LATIEF S. YOUNG,** | |
| *Petitioner*, | **Civil Action** |
| *v.* | **No. 21-cv-2600** |
| **D.F. OBERLANDER,** | |
| *Respondent.* | |

## <u>ORDER</u>

**AND NOW**, this 25th day of May, 2023, upon consideration of a Report and Recommendation that Petitioner Latief Young's Petitioner for a Writ of Habeas Corpus be denied (ECF No. 30), to which no objection was filed,[1] it is hereby **ORDERED** that:

1.     The Report and Recommendation (ECF No. 30) is **ADOPTED**.

2.     The Petition for a Writ of Habeas Corpus (ECF No. 2) is **DENIED**. There is no basis to issue a certificate of appealability.

3.     The Clerk of Court shall mark this case closed.


**BY THE COURT:**


 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[1] On January 27, 2023, Young requested an extension until February 7, 2023 to file objections, which was granted, but Young did not file objections. Although a district judge is only required to review "those portions of the report or specified proposed findings or recommendations to which objection is made," 28 U.S.C. § 636(b)(1), I have reviewed the Report and Recommendation and determined it to be correct. See Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987).